UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 8:11-CR-556-T-33AEP

JAMES RICHARD SHELBURNE

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE CASE

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and moves this Court for a eighteen (18) month continuance in the above styled case so that the defendant, who has applied to be accepted in the Pretrial Diversion Program, may be able to complete the application process and if accepted, satisfactorily complete the program.  Once the Defendant successfully completes the program, the pending case will be dismissed.  The undersigned respectfully suggests this period of delay is justified and excluded from calculation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(2) and (h)(8)(A).  Counsel for the defendant is in agreement with this request and, for the foregoing reasons, believes it is in the best interest of the defendant.

Based on the foregoing the United States respectfully requests its motion to be granted.  A proposed Order is attached.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney


By:   */s/ Kathy J.M. Peluso*
       KATHY J.M. PELUSO
       Assistant United States Attorney
       United States Attorney Number 053
       400 N. Tampa Street, Suite 3200
       Tampa, Florida  33602
       Telephone: (813) 274-6000
       Facsimile:  (813) 274-6125
       E-mail:      kathy.peluso@usdoj.gov

U.S. v. JAMES RICHARD SHELBURNE          Case No. 8:11-CR-556-T-33AEP

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Eddie Suarez, Esq.

    /s/ *Kathy J.M. Peluso*
KATHY J.M. PELUSO
Assistant United States Attorney
United States Attorney Number 053
400 N. Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone: (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:     kathy.peluso@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:10-CR-556-T-33AEP

JAMES RICHARD SHELBURNE

## ORDER

Pursuant to Title 18, United States Code, Sections 3161(h)(2) and (h)(8)(A), the Government's Motion to Continue Case in the above-captioned cause for eighteen months, is hereby GRANTED. Defendant has applied to be accepted into the pretrial diversion program and if accepted will be in the program for a maximum of eighteen months and when he completes the program successfully, the case will be dismissed. The Court finds that the ends of justice served by the granting of such continuance to allow the defendant to participate in the Pretrial Diversion Program outweigh the best interests of the public and the defendant in a speedy trial.

ACCORDINGLY, it is ORDERED AND ADJUDGED that the Clerk is directed to administratively close this case pending the Defendant's successful completion of the terms and conditions of her pretrial diversion program.

DONE AND ORDERED this _____ day of November, 2012.

                                                          VIRGINIA M. HERNANDEZ COVINGTON
                                                          United States District Judge